| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gorsuch, Neil M. | 2. Court or Organization Supreme Court of the United States | 3. Date of Report 05/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Associate Justice of the Supreme Court of the United States | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street, NE
Washington, DC 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | George Mason University |
| 2. | Member, Board of Trustees | Colonial Williamsburg Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Princeton University Press - royalty income | $782.55 |
| 2. 2018 | Penguin Random House LLC - royalty income | $225,000.00 |
| 3. 2018 | George Mason University - teaching | $13,250.04 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stockton University, William J. Hughes Center for Public Policy | 01/23/2018 - 01/24/2018 | Galloway, NJ | Educational Program | Meals and hotel |
| 2. | George Mason University | 07/12/18 - 08/02/18 | Padua, Italy | Educational Program | Transportation, meals, hotel |
| 3. | The Thomistic Institute | 10/19/18 - 10/20/18 | Cambridge, MA | Educational Program | Transportation, meals, hotel |
| 4. | The Colonial Williamsburg Foundation | 11/16/18 - 11/17/18 | Williamsburg, VA | Board Meeting | Meals and hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Hon. Terrence O'Brien | Watercolor Painting | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct #1 (H) | | | | | | | | | |
| 2. - USAA Tax Exempt Money Mkt Fd | C | Dividend | N | T | Sold (part) | 01/04/18 | J | | |
| 3. | | | | | Sold (part) | 01/17/18 | J | | |
| 4. | | | | | Sold (part) | 01/29/18 | J | | |
| 5. | | | | | Sold (part) | 03/01/18 | O | | |
| 6. | | | | | Sold (part) | 03/05/18 | J | | |
| 7. | | | | | Buy (add'l) | 12/26/18 | K | | |
| 8. - USAA International Fd | E | Dividend | N | T | | | | | |
| 9. - USAA S&P 500 Index Fd Reward Shares F/K/A USAA S&P 500 Index Fd | E | Dividend | O | T | | | | | |
| 10. - USAA Value Fd | E | Dividend | M | T | | | | | |
| 11. - USAA Small Cap Stock Fd | E | Dividend | M | T | | | | | |
| 12. 529 Plans - VA Educ Savings Trust (Age Based) | A | Dividend | N | T | Sold (part) | 12/06/18 | L | E | |
| 13. 529 Plans - College Invest Savings Plan (Age Based) | A | Dividend | L | T | | | | | |
| 14. CREF Growth R1 Fd | | None | J | T | | | | | |
| 15. Senate Credit Union account | | None | L | T | | | | | |
| 16. IRA Acct #1 (H) | | | | | | | | | |
| 17. - USAA Target Retirement 2030 Fund | | None | O | | Sold | 03/06/18 | O | G | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Ishares Core S&P 500 ETF | C | Dividend | M | T | Buy | 03/07/18 | M | | |
| 19. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 20.   - Ishares TR Barclays 7 10 Yr | A | Dividend | | | Buy | 03/07/18 | K | | |
| 21. | | | | | Sold (part) | 09/12/18 | K | | |
| 22. | | | | | Sold | 09/14/18 | J | | |
| 23.   - Ishares Core S&P Mid-Cap ETF | A | Dividend | K | T | Buy | 03/07/18 | K | | |
| 24.   - Ishares Core S&P US Value ETF | A | Dividend | K | T | Buy | 03/07/18 | L | | |
| 25.   - Ishares Core S&P Small-Cap ETF | A | Dividend | K | T | Buy | 03/07/18 | K | | |
| 26. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 27.   - Ishares TR JP Mor Em Mk ETF | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 28.   - Ishare Tr Iboxx Hi Yd ETF | A | Dividend | K | T | Buy | 03/07/18 | K | | |
| 29.   - Ishares Trust Core MSCI EAFE ETF | C | Dividend | M | T | Buy | 03/07/18 | M | | |
| 30. | | | | | Sold (part) | 04/06/18 | J | A | |
| 31. | | | | | Sold (part) | 06/07/18 | J | A | |
| 32. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 33.   - Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | K | T | Buy | 03/07/18 | K | | |
| 34. | | | | | Sold (part) | 07/03/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SPDR Portfolio Short Term Corporate Bond ETF | A | Dividend | J | T | Buy | 03/07/18 | K | | |
| 36. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 37. | | | | | Sold (part) | 09/12/18 | K | A | |
| 38. - Vanguard Scottsdale FDS Intermediate Term Corp Bond Index | C | Dividend | | | Buy | 03/07/18 | M | | |
| 39. | | | | | Sold | 09/12/18 | M | A | |
| 40. - Ishares Core U.S. Aggregate Bond ETF | B | Dividend | L | T | Buy | 09/12/18 | L | | |
| 41. - SPDR Portfolio Intermediate Term Corporate Bond ETF | C | Dividend | M | T | Buy | 09/12/18 | M | | |
| 42. IRA Acct #2 (H) | | | | | | | | | |
| 43. - USAA Target Retirement 2030 Fund | | None | | | Sold | 03/06/18 | L | D | |
| 44. - Ishares Core S&P 500 ETF | A | Dividend | K | T | Buy | 03/07/18 | K | | |
| 45. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 46. - Ishares TR Barclays 7 10 Yr | A | Dividend | | | Buy | 03/07/18 | J | | |
| 47. | | | | | Sold | 09/12/18 | J | | |
| 48. - Ishares Core S&P Mid-Cap ETF | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 49. - Ishares Core S&P US Value ETF | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 50. - Ishares Core S&P Small-Cap ETF | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 51. | | | | | Buy (add'l) | 06/07/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Ishares TR JP Mor Em Mk ETF | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 53.  - Ishare Tr Iboxx Hi Yd ETF | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 54.  - Ishares Trust Core MSCI EAFE ETF | A | Dividend | K | T | Buy | 03/07/18 | K | | |
| 55. | | | | | Sold (part) | 04/06/18 | J | A | |
| 56. | | | | | Sold (part) | 06/07/18 | J | A | |
| 57. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 58.  - Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 59. | | | | | Sold (part) | 07/03/18 | J | A | |
| 60. | | | | | Sold (part) | 08/31/18 | J | A | |
| 61.  - SPDR Portfolio Short Term Corporate Bond ETF | A | Dividend | J | T | Buy | 03/07/18 | J | | |
| 62. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 63. | | | | | Sold (part) | 09/12/18 | J | A | |
| 64.  - Vanguard Scottsdale FDS Intermediate Term Corp Bond Index | A | Dividend | | | Buy | 03/07/18 | K | | |
| 65. | | | | | Sold | 09/12/18 | K | A | |
| 66.  - Ishares Core U.S. Aggregate Bond ETF | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 67.  - SPDR Portfolio Intermediate Term Corporate Bohd ETF | A | Dividend | J | T | Buy | 09/12/18 | K | | |
| 68.  SEP IRA Acct #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - USAA Money Mkt Fd | A | Dividend | J | T | Buy (add'l) | 02/16/18 | M | | |
| 70. | | | | | Sold (part) | 02/20/18 | M | | |
| 71. - USAA Short Term Bond Fd Inst | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 72. - USAA Income Fd Inst | A | Dividend | | | Sold | 02/16/18 | K | A | |
| 73. - USAA Intermediate Term Bond Inst | A | Dividend | | | Sold | 02/16/18 | K | A | |
| 74. - USAA Managed Allocation Fd Retail | | None | | | Sold | 02/16/18 | J | A | |
| 75. - USAA High Income Fd Inst | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 76. - USAA Emerging Markets Fd | | None | | | Sold | 02/16/18 | J | B | |
| 77. - USAA International Fund Inst | | None | | | Sold | 02/16/18 | K | C | |
| 78. - USAA Small Cap Stock Fund Inst | | None | | | Sold | 02/16/18 | J | A | |
| 79. - USAA Income Stock Fund Inst | | None | | | Sold | 02/16/18 | K | B | |
| 80. - USAA Growth Fund Instl | | None | | | Sold | 02/16/18 | K | C | |
| 81. - Ishares Core S&P 500 ETF | A | Dividend | K | T | Buy | 02/20/18 | K | | |
| 82. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 83. - Ishares TR Barclays 7 10 Yr | A | Dividend | | | Buy | 02/20/18 | J | | |
| 84. | | | | | Sold (part) | 09/12/18 | J | | |
| 85. | | | | | Sold | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ishares Core S&P Mid-Cap ETF | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 87. - Ishares Core S&P US Value ETF | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 88. - Ishares Core S&P Small-Cap ETF | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 89. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 90. - Ishares TR JP Mor Em Mk ETF | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 91. - Ishare Tr Iboxx Hi Yd ETF | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 92. - Ishares Trust Core MSCI EAFE ETF | B | Dividend | K | T | Buy | 02/20/18 | K | | |
| 93. | | | | | Sold (part) | 04/06/18 | J | A | |
| 94. | | | | | Sold (part) | 06/07/18 | J | A | |
| 95. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 96. - Ishares Inc Core MSCI Emerging Mkts ETF | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 97. | | | | | Sold (part) | 07/03/18 | J | A | |
| 98. | | | | | Sold (part) | 08/31/18 | J | A | |
| 99. - SPDR Portfolio Short Term Corporate Bond | A | Dividend | J | T | Buy | 02/20/18 | J | | |
| 100. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 101. | | | | | Sold (part) | 09/12/18 | J | | |
| 102. - Vanguard Scottsdale FDS Intermediate Term Corp Bond Index | A | Dividend | | | Buy | 02/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/12/18 | K | | |
| 104. - Ishares Core U.S. Aggregate Bond ETF | A | Dividend | K | T | Buy | 09/12/18 | K | | |
| 105. - SPDR Portfolio Intermediate Term Corporate Bohd ETF | B | Dividend | K | T | Buy | 09/12/18 | K | | |
| 106. Brokerage Acct #2 (H) | | | | | | | | | |
| 107. - USAA Money Mkt Fd | A | Dividend | J | T | | | | | |
| 108. - SPDR Ser TR Nuveen Blmbrg SR | A | Dividend | L | T | Buy | 03/08/18 | L | | |
| 109. - Alabama St Pub Sch & College Auth Cap 5% 1/1/27 Impt Ref Bds | B | Interest | L | T | Buy | 03/12/18 | L | | |
| 110. - De Kalb Cnty GA Wtr & Sew Rev Wtr 5.25% 10/1/32 Ref Bds | B | Interest | L | T | Buy | 03/12/18 | L | | |
| 111. - Washington Multnomah & Yamhill Contys Ore 5% 6/15/13 Sch Dist | B | Interest | L | T | Buy | 03/12/18 | L | | |
| 112. - Maricpoa Cnty Ariz Uni Sch Dist 48 4% 7/1/31 Scottsdale Ref Bds | A | Interest | K | T | Buy | 03/14/18 | K | | |
| 113. - Washington St Var Purp GO Ref Bds Ser 5% 7/1/29 R-2015E | B | Interest | L | T | Buy | 03/14/18 | L | | |
| 114. - Baltimore Cnty MD GO Cons Pub Impt Bds 4% 3/1/34 Ser 2018 | A | Interest | K | T | Buy | 03/16/18 | K | | |
| 115. - Cecil Cnty MD Cons Pub Impt Ref Bds 5% 8/1/28 Ser 2017 | B | Interest | L | T | Buy | 03/22/18 | L | | |
| 116. - Maryland St GO Bds State & Local FACS 5% 6/1/26 LN Ser 2016 | C | Interest | L | T | Buy | 03/22/18 | L | | |
| 117. - Montgomery Cnty MD GO Cons Pub Impt Bds 5% 12/1/25 Ser 2016 | C | Interest | L | T | Buy | 03/22/18 | L | | |
| 118. - Ocean City MD GO Municipal Purp Bds 4% 1/15/30 Ser 2018 | B | Interest | L | T | Buy | 03/22/18 | L | | |
| 119. - Prince Georges Cnty MD CO Cons Pub Impt 3% 3/1/23 Ref Bds Ser 2013B | A | Interest | L | T | Buy | 03/23/18 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Maryland St Dept Transn Cons 4% 11/1/27 Ser 2016 | B | Interest | K | T | Buy | 03/26/18 | K | | |
| 121. - Annapolis MD GO Pub Impts Ref Bds Ser 4% 8/1/24 2015B | A | Interest | K | T | Buy | 03/28/18 | K | | |
| 122. - Anne Arundel Cnty MD GO Bds Ser 2015 5% 4/1/24 | B | Interest | K | T | Buy | 03/28/18 | K | | |
| 123. - Baltimore MD GO Cons Pub Impt Ref Bds 5% 10/15/22 Ser 2017B | C | Interest | L | T | Buy | 03/28/18 | L | | |
| 124. - Baltimore MD Rev Bds Ser B 5% 7/1/32 | A | Interest | K | T | Buy | 03/28/18 | K | | |
| 125. - USAA Tax Exempt Short Term Retail | A | Dividend | | | Buy | 03/28/18 | J | | |
| 126. | | | | | Buy (add'l) | 09/14/18 | K | | |
| 127. | | | | | Sold | 10/19/18 | K | | |
| 128. - USAA Tax Exempt Short Term Retail | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 129. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 130. - USAA Tax Exempt Money Market | B | Dividend | J | T | Buy | 03/02/18 | O | | |
| 131. | | | | | Sold (part) | 03/08/18 | L | | |
| 132. | | | | | Sold (part) | 03/12/18 | M | | |
| 133. | | | | | Sold (part) | 03/14/18 | M | | |
| 134. | | | | | Sold (part) | 03/16/18 | K | | |
| 135. | | | | | Sold (part) | 03/22/18 | N | | |
| 136. | | | | | Sold (part) | 03/23/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 03/26/18 | K | | |
| 138. | | | | | Sold (part) | 03/28/18 | M | | |
| 139. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 140. | | | | | Sold (part) | 04/04/18 | K | | |
| 141. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 142. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 143. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 144. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 145. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 146. | | | | | Sold (part) | 09/14/18 | K | | |
| 147. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 148. | | | | | Buy (add'l) | 10/19/18 | K | | |
| 149. | | | | | Sold (part) | 10/22/18 | K | | |
| 150. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 151. | | | | | Sold (part) | 12/13/18 | J | | |
| 152. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 153. | | | | | Sold (part) | 12/20/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Alief Tax Indpt Sch Dist Ult Tax Sch 4% 2/15/30 Bldg Bds Ser 2018 | A | Interest | K | T | Buy | 04/04/18 | K | | |
| 155. - Anne Arundel Cnty MD Consolidated Gen 5% 10/1/33 Impt GO Bds Ser 20 | | None | K | T | Buy | 10/22/18 | K | | |
| 156. Brokerage Acct #3 (H) | | | | | | | | | |
| 157. - USAA Tax Exempt Money Mkt Fd | | None | | | Sold | 03/05/18 | J | | |
| 158. Brokerage Acct #4 (H) | | | | | | | | | |
| 159. - USAA Tax Exempt Money Mkt Fd | A | Dividend | J | T | Sold (part) | 03/06/18 | J | | |
| 160. - USAA Treasury Money Mkt Fd | A | Dividend | J | T | Sold (part) | 03/06/18 | K | | |
| 161. - USAA Federal Savings Bank CD 3/6/2019 | A | Interest | K | T | Buy | 03/06/18 | K | | |
| 162. Brokerage Acct #5 (H) | | | | | | | | | |
| 163. - USAA Tax Exempt Money Mkt Fd | A | Dividend | J | T | Sold (part) | 02/15/18 | M | | |
| 164. - USAA Federal Savings Bank CD 2/15/19 | A | Interest | M | T | Buy | 02/15/18 | M | | |
| 165. Capital One 360 Savings (X) | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gorsuch, Neil M. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This report was prepared on my behalf by my accountant.

**FINANCIAL DISCLOSURE REPORT**

Page 15 of 15

Name of Person Reporting

Gorsuch, Neil M.

Date of Report

05/13/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Neil M. Gorsuch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544